Certificate Number: 14912-CAC-DE-037991779

Bankruptcy Case Number: 23-17386



14912-CAC-DE-037991779

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2023, at 3:46 o'clock PM EST, Miriam Writer completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   December 4, 2023            By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor